**Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01078-CV

---

## LEONCIO ESPAILLAT AKA LEONARDO ESTRELLA AKA FRANKLIN BRUGAL, Appellant

### V.

## MICHAEL WEST, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF FLOYD WILSON, Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-48389**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from orders granting summary judgment signed April 23, 2012, and October 11, 2012, and made final by a judgment signed October 26, 2012. The record in this appeal was due on or before December 27, 2012. Appellant requested and was granted a 60-day extension of time to file the record until February 25, 2013. The record was

not filed. On March 5, 2013, the court issued a notice that the record was past due. The Harris County District Clerk advised this court that appellant had not paid for preparation of the record. On March 12, 2013, the court notified appellant that the appeal was subject to dismissal unless appellant provided proof of payment for the clerk's record by March 27, 2013. *See* Tex. R. App. P. 37.3(b).

In addition, our records reflect that appellant has not paid the $175.00 appellate filing fee in this case. On December 13, 2013, this court notified appellant that the filing fee was past due. No response was filed.

On March 27, 2013, appellant requested a final extension of time to pay for preparation of the record. On March 28, 2012, this court ordered appellant to pay, or make arrangements to pay, for the record, provide this court with proof of payment, and pay the appellate filing fee on or before April 15, 2013. In the order, the court notified appellant that appeal was subject to dismissal unless appellant complied with the order. *See* Tex. R. App. P. 37.3(b). The clerk's record has not been filed. Appellant has not provided this court with proof of payment for the record, paid the filing fee, or filed any other response to this court's March 28, 2013, order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.